UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA LOPEZ-LOPEZ, et al.,
v.  CASE NUMBER: 97-1818 (DRD)
REINFORCED EARTH CO.

## ORDER

The last docket entry was a request by Plaintiffs for the issuance of summons on April 14, 1998. (Docket No. 6). The request was complied with by the Court. The record does not show another docket entry in over two years and four months. In fact, Plaintiffs have failed to serve Defendants. See FED. R. CIV. P. 4(m) Therefore, the Court hereby **ORDERS** Plaintiff to **SHOW GOOD CAUSE by September 15, 2000**, why this case should not be dismissed for lack of prosecution and failure to effectuate service. Should Plaintiffs not produce executed service of process as to each Defendant, the case will be dismissed as to each Defendant not so served. Additionally, failure to demonstrate exceptionally cause for Plaintiffs' lack of prosecution shall result in dismissal of this case. **NO EXTENSIONS SHALL BE GRANTED.**
IT IS SO ORDERED.

Date: September 5, 2000                     DANIEL R. DOMINGUEZ
P \PEACHORD ERS\97-1818 OSC                 U.S. District Judge

Rec'd:          EOD:

By:    #  7