UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA LOPEZ-LOPEZ, et al.,
v.
REINFORCED EARTH CO.

CASE NUMBER: 97-1818 (DRD)

## JUDGMENT

In accordance with the Order of this same date, this case is hereby **DISMISSED WITH PREJUDICE** for Plaintiffs' unjustified inactivity in the prosecution of this case, and failure to comply with the Court's unambiguous Order.

**IT IS SO ADJUDGED AND DECREED.**

Date: September 18, 2000

P:\PEACHORD ERS\97-1818 DIS

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 SEP 19 AM 7:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Rec'd:        EOD:

By:     #